# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **DONALD VEILLEUX, ET AL.,** ) <br> ) <br> ) <br> **PLAINTIFF** ) <br> ) <br> **v.** ) <br> ) <br> **GENIE INDUSTRIES,** ) <br> ) <br> **DEFENDANT** ) | **CIVIL NO. 1:13-CV-29** |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 28TH DAY OF JANUARY, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**