# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DONALD J. VEILLEUX and<br>MARGARET E. VEILLEUX,<br><br>          Plaintiffs,<br><br>v.<br><br>GENIE INDUSTRIES,<br><br>          Defendant, | )<br>)<br>)<br>)<br>) Docket no. 1:13-cv-00029-NT<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 10, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Amended Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. It is further ORDERED that the Defendant's Motion for Partial Summary Judgment is DENIED.

                                                /s/ Nancy Torresen
                                                United States District Judge

Dated this 17th day of July, 2014.